**John D. BOYER, Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–Appellee.**

**No. 2008–5080.**

United States Court of Appeals,
Federal Circuit.

Sept. 2, 2008.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Joseph V. ARRIETA, Petitioner,**

**v.**

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

**No. 2008–3290.**

United States Court of Appeals,
Federal Circuit.

Sept. 3, 2008.

ON MOTION

*ORDER*

Joseph V. Arrieta moves to reinstate his petition for review.

On August 7, 2008, 314 Fed.Appx. 303, the court dismissed Arrieta's petition for failure to file a Fed. Cir. R. 15(c) Statement Concerning Discrimination. Arrieta has now filed a completed statement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the August 7, 2008 order is vacated, and the petition is reinstated.

(2) Arrieta's brief is due within 30 days from the date of filing of this order.